1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8
9
10
11
12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 13-CR-00047-JLQ |
| Plaintiff, | ) | |
| | ) | Order Granting Motion to |
| vs. | ) | Dismiss Remaining Counts |
| | ) | |
| RANDY ANDREW NORBERG, | ) | |
| Defendant. | ) | |

13
14

     Upon motion by Plaintiff, United States of America, to dismiss the unspecified remaining counts of the Indictment,

15
16
17
18
19
20

     IT IS HEREBY ORDERED that the Motion To Dismiss (ECF No. 44) is Granted and the unspecified remaining counts of the Indictment are dismissed.  At sentencing the court expressed concern over the Prosecution's intent to dismiss the serious drug offenses in this matter.  The court makes no judgment as to the wisdom of the Government's dismissal, a matter left solely within the discretion of the Executive Branch under our Constitution.

21

     DATED this 12th day of August 2013.

22
23
24

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

25
26
27
28

Order Granting Motion to Dismiss Remaining Counts